■ JUNE FLIHAN et al., Respondents, v LAURIE MUTCH et al., Appellants.

Memorandum: Supreme Court properly denied defendants' motion for summary judgment. We conclude from our review of the record that there is sufficient evidence to raise a triable issue of fact whether plaintiff June Flihan suffered a "serious injury" within the meaning of the No-Fault Law (see, *Francis v Basic Metal,* 144 AD2d 634, 635). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Callahan, J. P., Doerr, Green and Lawton, JJ.